# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**VINCENT J. DAVIERO and**
**CAROL A. DAVIERO,**

      **Plaintiffs,**

**v.**                         **Case No.  8:10-cv-2856-T-30EAJ**

**HARTFORD INSURANCE COMPANY**
**OF THE SOUTHEAST,**

      **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant Hartford Insurance Company of the Southeast's Motion to Strike Plaintiffs' Reply to Affirmative Defenses (Dkt. #6). Plaintiffs did not file a response to the motion.

Plaintiffs originally filed this action in Florida state court.  On December 20, 2010, Defendant removed the case to this Court.  The motion to strike that is presently before the Court was filed in state court but remained pending at the time of removal.

Defendant argues that Plaintiffs' reply to the affirmative defenses should be stricken for failure to comply with Florida rules of civil procedure.  Those rules do not apply in Federal Court.  However, Federal Rule of Civil Procedure 7(a) states that a reply to an answer may be filed "if the court orders one."  Though the reply was filed in state court, the

federal procedural rules apply when ruling on motions before this Court.  And this Court did not order Plaintiffs to file a reply to Defendant's affirmative defenses.

It is therefore ORDERED AND ADJUDGED that:

1.      Defendant Hartford Insurance Company of the Southeast's Motion to Strike Plaintiffs' Reply to Affirmative Defenses (Dkt. #6) is **GRANTED**.

2.      The Clerk is directed to strike Plaintiffs' Reply to Affirmative Defenses (Dkt. #5) from the record.

**DONE** and **ORDERED** in Tampa, Florida on January 7, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2010\10-cv-2856.mtstrikereplyDkt.6.frm